# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSQUENNA INTERNATIONAL GROUP LIMITED,<br><br>  Petitioner,<br>v.<br><br>HIBERNIA EXPRESS (IRELAND) LIMITED,<br><br>  Respondent. | CIVIL ACTION No. 21-cv-207-PGG<br><br>**Consent Judgment** |

Petitioner, Susquehanna International Group Limited, having petitioned this Court for an Order and Judgment, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and Respondent, Hibernia Express (Ireland) Limited, having consented to the entry of judgment

It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be ENTERED in favor of Petitioner Susquehanna International Group Limited ("SIG") against Respondent Hibernia Express (Ireland) Limited ("Hibernia") in the amount of $3,594,599.00. If the JUDGMENT is not satisfied by March 5, 2021, interest will accrue from such date on any outstanding unpaid amounts at the rate of fifteen percent (15%) per annum until the JUDGMENT, including any accrued interest, is paid in full.

The Clerk of Court is hereby ORDERED to enter final judgment. The Clerk of Court is further directed to close the Petition (ECF No. 1) and the case.

This _____ day of _____, 2021.

                                                      _____
                                                      PAUL G. GARDEPHE
                                                      United States District Judge

A1540639.3

JUDGMENT ENTERED:

_____
Clerk of Court